IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHEA ADAMS,

    Petitioner,

v.                                                               4:19cv44–WS/HTC

WARDEN–FCI TALLAHASSEE,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed July 22, 2019. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (ECF No. 6) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is

hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (ECF No. 6) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __27th__ day of __August__, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE